UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Pearl Sanderfer,

DEBTOR.

_____/

CHAPTER 13
CASE NO. 21-44301-LSG
JUDGE LISA S. GRETCHKO

## TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO APPROVE FIRST POST CONFIRMATION MODIFICATION

**NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to the Debtor's Motion to Approve First Post Confirmation Modification, and in support thereof states as follows:

1. The Modification seeks to excuse Debtor's 2021 Federal Income Tax refund in the amount of $1,216.00. The Modification is requested because Debtor states that the funds were utilized to purchase a new clothes dryer and a new furnace.

2. The Trustee requests the Debtor provide amended Schedules I and J, updated paystubs, and Debtor's 2021 Federal Income Tax return so that the Trustee can determine whether the Modification complies with 11 U.S.C. §§1325 and 1329.

3. The Trustee opposes the language in the proposed order which indicates that "the parties have agreed to the terms herein, based on the records of the Court, the Court otherwise being sufficiently advised in the premises, now therefore;" as the Trustee has not agreed to the proposed order.

**WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court deny the relief requested by the Debtor and grant any further and other relief as this Court deems equitable and just.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

Dated: June 14, 2022  By: ___/s/ John P. Kapitan_
DAVID Wm. RUSKIN (P26803), Trustee
LISA K. MULLEN (P55478), Staff Attorney
JOHN P. KAPITAN (P61901), Staff Attorney
1100 Travelers Tower, 26555 Evergreen Road
Southfield, MI 48076-4251

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

                            CHAPTER 13

Pearl Sanderfer,                         CASE NO. 21-44301-LSG
              DEBTOR.      JUDGE LISA S. GRETCHKO

_____/

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO APPROVE FIRST POST CONFIRMATION MODIFICATION

      I hereby certify that on June 14, 2022, I electronically filed the TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO APPROVE FIRST POST CONFIRMATION MODIFICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

    SEMRAD LAW FIRM
    31000 NORTHWESTERN HWY STE 240
    FARMINGTON HILLS, MI  48334-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

    Pearl Sanderfer
    8890 Pinehurst St
    Detroit, MI  48204-0000


            _____/s/ Vanessa Wild_____
            Vanessa Wild
            For the Office of David Wm. Ruskin
            Chapter 13 Standing Trustee-Detroit
            1100 Travelers Tower
            26555 Evergreen Road
            Southfield, MI 48076-4251
            (248) 352-7755