Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 21−44301−lsg
Chapter: 13
Judge: Lisa S. Gretchko

In Re: (NAME OF DEBTOR(S))
   Pearl Sanderfer
   fka Pearl Jackson
   8890 Pinehurst St
   Detroit, MI 48204

Social Security No.:
   xxx−xx−3278

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*57* − First Chapter 13 Post−Confirmation Plan Modification Filed by Debtor Pearl Sanderfer (RE: related document(s)7 Chapter 13 Plan). (Bredow, Mark)

will be held on: 7/14/22 at 10:00 AM at Courtroom 1975, 211 West Fort St., Detroit, MI 48226

Dated: 6/15/22

            BY THE COURT

            Todd M. Stickle, Clerk of Court
            U.S. Bankruptcy Court