UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: PEARL SANDERFER,<br><br>DEBTOR. | CHAPTER 13<br>CASE NO. 21-44301-LSG<br>HON. LISA S. GRETCHKO |

**STIPULATION TO THE WITHDRAWAL OF CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION FILED BY DEBTOR PEARL SANDERFER [ECF #57]**

The above-captioned Debtor and the Chapter 13 Trustee, David Wm. Ruskin, hereby stipulate and agree to the withdrawal of the Chapter 13 Post-Confirmation Plan Modification Filed By Debtor Pearl Sanderfer at ECF #57. The withdrawal shall be without prejudice to bring the matter before the court at a later date.

OFFICE OF THE CHAPTER 13 STANDING
TRUSTEE, DAVID WM. RUSKIN

| | |
|---|---|
| */s/ John P. Kapitan*<br>DAVID Wm. RUSKIN (P26803), Trustee<br>LISA K. MULLEN (P55478), Staff Attorney<br>JOHN P. KAPITAN (P61901), Staff Attorney<br>1100 Travelers Tower, 26555 Evergreen Road<br>Southfield, MI 48076-4251<br>(248) 352-7755 | */s/ Mark E. Bredow*<br>MARK E. BREDOW P49744<br>The Semrad Law Firm, LLC<br>31000 Northwestern Hwy, Suite 240<br>Farmington Hills, MI 48334<br>(313) 217-5253<br>mbredow@semradlaw.com |