UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: PEARL SANDERFER,<br><br>DEBTOR. | CHAPTER 13<br>CASE NO. 21-44301-LSG<br>HON. LISA S. GRETCHKO |

**NOTICE OF WITHDRAWAL OF CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION FILED BY DEBTOR PEARL SANDERFER [ECF #57]**

NOW COMES The Semrad Law Firm, LLC, counsel for Debtor, who hereby gives notice that the Chapter 13 Post-Confirmation Plan Modification Filed By Debtor Pearl Sanderfer at ECF #57 is withdrawn. The withdrawal shall be without prejudice to bring the matter before the court at a later date.

*/s/ Mark E. Bredow*
MARK E. BREDOW P49744
The Semrad Law Firm, LLC
31000 Northwestern Hwy, Suite 240
Farmington Hills, MI 48334
(313) 217-5253
mbredow@semradlaw.com